IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL ST. ANGELO,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1476

Opinion filed March 1, 2016.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Carlos J. Martinez, Public Defender, Shannon Hemmendinger, Assistant Public Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.